# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANNA RODRIGUEZ, | Case No. 1:25-cv-00271-KES-SKO |
| Plaintiff, | |
| v. | **ORDER TRANSFERRING CASE** |
| RAYMONDA B. MARQUEZ., et al., | |
| Defendants. | |

Effective March 1, 2022, Appendix A of the Local Rules of the United States District Court, Eastern District of California was amended. *See* General Order No. 645. As now amended, Appendix A provides that as for actions arising in the county of Kern, such actions "shall be directly assigned to the Magistrate Judge sitting in Bakersfield." E.D. Cal. Local Rules, Appendix A, (l)(4).

In light of the amended Local Rules, Plaintiffs are advised that, as this is an action or proceeding that arises in the county of Kern, this case will be transferred out of the District Court in the Fresno division, and to the District Court in the Bakersfield division.

Accordingly, IT IS HEREBY ORDERED that:

1. This case is transferred to the Bakersfield Division of the United States District Court for the Eastern District of California; and

2. All future filings shall refer to the new Bakersfield case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street, Room 1501
> Fresno, CA 93721

Plaintiff Roseanna Rodriguez's Motion to Proceed *In Forma Pauperis*, (Doc. 2) and Motion for Leave to Electronically File Documents, (Doc. 3), remain pending.

IT IS SO ORDERED.

Dated:  **April 1, 2025**                    /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE