UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANNA RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAYMONDA B. MARQUEZ, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00271-KES-CDB<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 2)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ELECTRONIC FILING<br><br>(Doc. 3) |

Plaintiff Roseanna Rodriguez ("Plaintiff"), proceeding pro se, filed this civil action on March 3, 2025. (Doc. 1).

**Motion to Proceed *In Forma Pauperis***

Plaintiff has filed a motion to proceed *in forma pauperis* without prepaying fees or costs pursuant to 28 U.S.C. § 1915. (Doc. 2). The Court finds Plaintiff has made the showing required by § 1915, and the request to proceed *in forma pauperis* shall be granted.

As to the status of the complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court is authorized to conduct an initial review of all pro se complaints where the plaintiff proceeds *in forma pauperis* to determine whether the complaint is legally sufficient under the applicable pleading standards. *See Lopez v. Smith*, 203 F.3d 1122, 1129 (9th Cir. 2000)

("section 1915(e) applies to all in forma pauperis complaints, not just those filed by prisoners"). The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment.

Plaintiff's complaint will be screened in due course. If appropriate after the case has been screened, the Clerk of the Court will provide Plaintiff with the requisite forms and instructions to request the assistance of the United States Marshal in serving Defendants pursuant to Federal Rule of Civil Procedure 4.

**Motion for Electronic Filing**

Also pending before the Court is Plaintiff's motion for electronic filing. (Doc. 3). Under the Court's Local Rules, pro se parties are required to "file and serve paper documents" and "may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." Local Rule 133(b)(2) (emphasis omitted). Any request for an exception to this rule must be submitted as a stipulation between the parties or a "written motion setting out an explanation of reasons for the exception." Local Rule 133(b)(3).

It is within the Court's discretion to grant or deny such a request. *Reddy v. Precyse Solutions LLC*, No. 1:12-cv-02061-AWI-SAB, 2013 WL 2603413, at *3 (E.D. Cal. June 11, 2013). Here, Plaintiff asserts financial hardship arising from expenses for printing, postage, and travel to the courthouse. (Doc. 3 at 2-3). The Court notes that travel to the courthouse, if any, is unnecessary as documents may be mailed to the court for filing. Local Rule 133(b)(2). Expenses arising from printing and postage are likely to be *de minimis*. As such, upon review of the pleadings in this action and Plaintiff's motion, the Court finds that this action does not warrant an exception to the Local Rule.

///
///
///

2

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2), for good cause appearing, is GRANTED; and

2. Plaintiff's motion for electronic filing (Doc. 3) is DENIED.

IT IS SO ORDERED.

Dated:   **April 2, 2025**                              _____
                                                    UNITED STATES MAGISTRATE JUDGE

3