**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSEANNA RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAYMONDA B. MARQUEZ, et al.,<br><br>　　　　　Defendants. | Case No. 1:25-cv-0271 KES CDB<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS FOR LEAVE TO AMEND AND DIRECTING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT WITHIN 30 DAYS<br><br>Docs. 8, 11 |

Roseanna Rodriguez, proceeding pro se, initiated this action by filing a civil rights complaint on March 3, 2025. Rodriguez requests leave to supplement her complaint, to include additional facts and remove claims against certain defendants. Docs. 8, 11. Due to the procedural posture of this action, the Court construes the motion to be filed under Rule 15(a) of the Federal Rules of Civil Procedure.

Under Rule 15(a), "the court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Courts consider five factors in determining whether justice requires allowing amendment under Rule 15(a): "bad faith, undue delay, prejudice to the opposing party, futility of amendment, and whether the plaintiff has previously amended the complaint." *Johnson v. Buckley*, 356 F.3d 1067, 1077 (9th Cir. 2004). The Court need not consider every factor, and "prejudice to the opposing party [] carries the greatest weight." *Eminence Cap., LLC v. Aspeon, Inc.*, 316 F.3d 1052 (9th Cir. 2003).

1

There is no evidence of bad faith or undue delay in this matter.  There also is no showing of prejudice to the defendants, who have not yet been served because the initial complaint remains pending screening before the magistrate judge.  Granting leave to amend is also in the interest of judicial economy to clarify the allegations and claims upon which Rodriguez wishes to proceed.

The Court **ORDERS**:

1.    Plaintiff's motions for leave to amend (Docs. 8, 11) are **GRANTED**.

2.    Plaintiff **SHALL** file her First Amended Complaint within 30 days of the date of service of this order.

IT IS SO ORDERED.

Dated:    March 30, 2026

UNITED STATES DISTRICT JUDGE

2